IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    vs                            Case No. 23-498

ANDRE BAILEY
(ENS LEGIS)

MOTION TO DISMISS CHARGES 18 U.S.C. §932(g)
26 U.S.C. §586(d)

And now comes Bailey, Andre Lamont, a Natural Living Man and Indigenous Free Inhabitant of the Republic of Pennsylvania. I am filing this Motion to Dismiss Sui Juris in Propria Persona.

As stated at the arraignment for these "charges" and in this motion, I am the Natural Living Man. I am a Indigenous Free Inhabitant of this Land, granted to me by God Himself. I am a Moor Aborigine and Pennsylvanian National, but not a Citizen of the United States. I am not the Ens Legis name you are "charging". I am not my Strawman, I am not a Fourteenth Amendment Federal Citizen, I am not a Fourteenth Amendment Federal Employee, I am not a Taxpayer and I am NOT Black.

This court has no Jurisdiction over me for I am the Natural Living Man with Inalienable Rights. Inalienable Rights that I do not want Infringed upon any longer. I have a Right to Segregation in Equity and I am exercising my Right to Segregation in Equity with this motion to dismiss. I also am not in violation of one of the oldest Treaties in American history The Peace and Friendship Treaty. A

Treaty that was established by my people the Moors and your U.S. government on August 18, 1787. I have not violated this Treaty in any way. Furthermore this is the Republic of Pennsylvania and Not United States Territory. The only United States territory on this Land is the District of Columbia and this Land is not that District nor am I a resident of that district, so the Jurisdiction of the United States is not over me nor the Ens Legis names. Also your own Constitution says that everyone has the Right to Bear Arms, it does not say everyone has the right to Bear Arms except if you've been convicted of a crime, nor does it say you have to report an Arm that you've built to the government. Each one of the "Judges" that are sworn into office, swear an Oath to uphold that Constitution. I demand to be released from Captivity and to have all of my Private Property returned to me immediately. If I am not released from Captivity and my Private Property returned to me immediately then you are in Violation of the Peace and Friendship Treaty, your own Oath of office as well as Violating my Natural Living Rights as an Indigenous Free Inhabitant Granted to me by God Himself and I will be forced to seek Remedy by placing the proper Liens upon any and everyone involved in the violation of my Natural Living and Inalienable Rights.

Respectfully
By: Bailey, Ordee-Lamot., Beneficiary



Andre Bailey
76288610
700 Arch st Po box 560
Philadelphia, Pennsylvania (60000)

PHI ADFI PHIA PA 190
19 DEC 2023 PM 6 L

United States Clerk of Court
601 Market St
Philadelphia, Pennsylvania 19106