TRULINCS 76288510 - BAILEY, ANDRE - Unit: PHL-F-S

---

FROM: 76288510
TO: Campbell, Kerell
SUBJECT: brief in support
DATE: 10/08/2024 08:50:35 AM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
v
ANDRE BAILEY

CASE NO. 23-CR-498

BRIEF IN SUPPORT OF
MOTION TO DISMISS

Comes now, I, Bailey, Andre-Lamont, hereafter "Orator", Sui Juris in Propria Persona, a Flesh and Blood Living Man, a Private Pennsylvanian National/Private American Civilian and a Secured Party. Orator is filing this brief in support of motion to dismiss on behalf of the U.S. Juristic Person and principal debtor ANDRE LAMONT BAILEY (Ens Legis/ Cesti que ve trust). Orator is filing this brief in support of motion to dismiss due to the following:

1) Orator's conveyance was not registered to the State of Pennsylvania, so there is no contract between the Orator and the State of Pennsylvania. The State of Pennsylvania had no rights to the conveyance, especially the right to impound the conveyance because it is private property. Consent to impound and search the conveyance was never given to authorities and was denied during traffic stop.

2) Orator was not traveling commercially, there was no commercial license plate on the Orator's conveyance. Orator reserved all of his Natural Inalienable Human Rights, especially the right to travel, Without Prejudice under UCC1-308, and did so by displaying it on the license plate on the back of the conveyance.

3) Philadelphia police had no Jurisdiction to conduct a traffic stop on Orator's conveyance, because Orator was traveling privately and not in the commission of doing Commerce. Orator has the right to travel without a License, Registration, or Insurance, if he is not doing Commerce. Only people that are using the roadways for Commerce need all of the things mentioned. And what is meant by doing commerce is someone that is using the roadways to make money i.e.. A truck driver, a bus driver, a cab driver, Etc..-see Murdock v Pennsylvania

Sincerely and without ill will, vexation or frivolity

By:***_____***(Agent)
Andre-Lamont of the Bailey Family
WITHOUT PREJUDICE, i.e.. all Natural Inalienable Rights Reserved.

Bailey, Andre Lamont 76268876
Federal Detention Center Philadelphia
P.O. Box 562
Philadelphia, Penn. 19106

U.S. Clerk of Courts
601 Market St
Philadelphia, Penn. 19106

PHILADELPHIA PA 190
9 OCT 2024 PM 6 L

RECEIVED
OCT 11 2024