IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  v.  **ANDRE BAILEY** | **CRIMINAL ACTION**  NO. 23-498-KSM |

### ORDER

**AND NOW**, this 27th day of November, 2024, having liberally construed Defendant's arguments in his motion to dismiss as a motion to suppress (Doc. No. 83), and following a suppression hearing held on November 20, 2024, the Court **DENIES** Defendant's motion to suppress for the reasons set forth in the accompanying memorandum. The Clerk of Court is **DIRECTED** to mail a copy of this order and accompanying memorandum to Defendant Andre Bailey.

IT IS SO ORDERED.

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.