IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDRE BAILEY | CRIMINAL ACTION<br><br>NO. 23-498-KSM |

### ORDER

**AND NOW**, this 3rd day of December 2024, upon consideration of Defendant Andre Bailey's motion for a pre-*Franks* hearing (Doc. No. 90), the Government's response (Doc. No. 94), and following a conference with the parties on November 20, 2024, it is **ORDERED** that Defendant's motion (Doc. No. 90) is **DENIED** for the reasons set forth in the accompanying memorandum.[1]

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

---

[1] The Court denied Bailey's motion for a pre-*Franks* hearing prior to the change of plea hearing held on December 2, 2024, and stated that the reasons would be forthcoming in a memorandum.